UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------

IN RE:                                                    **ORDER DISMISSING**

**AKEEL K. KAID**                                         Bk. No.: 19-12244 B

                    Debtor(s)
-------------------------------------------------------

At Buffalo, New York, in said district on the 21 day of July, 2020

The above debtor(s) having failed to prosecute the Chapter 13 plan pursuant to Section 1307(c)(1) and Section 1307(c)(3) as appears from the motion of the Chapter 13 Trustee, and due notice having been given to said debtor(s) and their attorney, and MATTHEW LAZROE having appeared in opposition thereto

*NOW, THEREFORE, IT IS ORDERED:*

That the case is dismissed without prejudice and with leave to file a consent to convert within 14 days of the date of entry hereof, but the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary and proper.

Dated: JUL 2 1 2020

_____
U.S.B.J.

AKEEL K. KAID
177 RILEY STREET
BUFFALO, NY 14209

MATTHEW A. LAZROE, ESQ.
43 COURT STREET, SUITE 1111
BUFFALO, NY 14202

FILED JUL 2 1 2020
BANKRUPTCY COURT
BUFFALO, NY